IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH EYSTAD,<br><br>    Plaintiff,<br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant.<br>_____/ | No. C 12-00923 SI<br><br>**ORDER TO FILE PLEADING** |

Plaintiff Joseph Eystad filed this *pro se* complaint, seeking judicial review of an adverse decision by the Commissioner of Social Security. On March 22, 2012, plaintiff's request to proceed *in forma pauperis* was granted. On June 25, 2012 defendant Commissioner of Social Security filed an answer. Under the social security procedural order, plaintiff was required to file a motion for summary judgment or remand on or before July 23, 2012. To date, plaintiff has not filed the required motion, nor has he contacted the Court in any way.

**Plaintiff is hereby ORDERED file a motion for summary judgment or remand no later than September 19, 2012.** Failure to file the required motion on or before this date will result in the Court dismissing this action for failure to prosecute. *See* Fed. R. Civ. Proc. 41(b).

The Court recommends that plaintiff seek assistance from the Northern District's Pro Se Help Desk (415.782.9000, extension 8657).

**IT IS SO ORDERED.**

Dated: August 29, 2012

                                                                   SUSAN ILLSTON<br>
                                                                   United States District Judge