IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSEPH EYSTAD,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

                                         /

No. C 12-00923 SI

**ORDER TO FILE PLEADING**

      Plaintiff Joseph Eystad filed this *pro se* complaint, seeking judicial review of an adverse decision by the Commissioner of Social Security. On March 22, 2012, plaintiff's request to proceed *in forma pauperis* was granted. On June 25, 2012 defendant Commissioner of Social Security filed an answer. Under the social security procedural order, plaintiff was required to file a motion for summary judgment or remand on or before July 23, 2012. To date, plaintiff has not filed the required motion, nor has he contacted the Court in any way.

      **Plaintiff is hereby ORDERED file a motion for summary judgment or remand no later than September 19, 2012.** Failure to file the required motion on or before this date will result in the Court dismissing this action for failure to prosecute. *See* Fed. R. Civ. Proc. 41(b).

      The Court recommends that plaintiff seek assistance from the Northern District's Pro Se Help Desk (415.782.9000, extension 8657).

**IT IS SO ORDERED.**

Dated: August 29, 2012

                                                                                 SUSAN ILLSTON
United States District Judge