IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSEPH EYSTAD,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
                             /

No. C 12-00923 SI

**JUDGMENT**

Plaintiff's motion for summary judgment is denied and defendant's motion for summary judgment is granted. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: April 2, 2013

                                                                                     SUSAN ILLSTON
                                                                                     United States District Judge